**Shaundra MEANS, Plaintiff–Appellant,**

v.

**UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant–Appellee.**

No. 04–60289.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 20, 2004.

La Quetta Maria Golden, Law Offices of La Quetta M. Golden, Gulfport, MS, for Plaintiff–Appellant.

Clifford K Bailey, III, Wells, Marble & Hurst, Jackson, MS, for Defendant–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

Shaundra Means appeals the district court's judgment, not arguing error in the

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

merits of that disposition, but only error in the court's setting aside a default judgment in her favor. The court did not err in doing so, for the reasons given in its order of April 23, 2003.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.